Dora Guinane et al., Appellants, *v.* Wade H. Becker, Doing Business under the Name of Becker Warehouse Company et al., Respondents.

Submitted January 15, 1945; decided January 16, 1945.

*Joseph P. Feury, Richard W. Hannah* and *Edward M. Fuller* for motion to dismiss appeal and in opposition to appellants' motion.

*Joseph C. Thomson* and *John J. McGinty* for motion for order permitting plaintiffs to prosecute appeal as poor persons, etc., and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied, without costs.

Motion for leave to prosecute appeal as a poor person and for assignment of counsel granted.